# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN MARTUS,  )<br>            )<br>         Plaintiff,  )<br>            )<br>vs.         )<br>            )<br>CLARK COUNTY SHERIFF; LVMPD; )<br>JUSTIN TERRY, P# 7421; SAMUAL )<br>CARRILLO, P# 7165; ANDREW )<br>WINTERSTEEN, P# 717; THOMAS )<br>CLEVENGER, P# 7948,  )<br>            )<br>            )<br>         Defendants.  )<br>_____) | 2:09-CV-00240-PMP-LRL<br><br>**<u>ORDER</u>** |

The Court having read and considered Plaintiff Steven Martus' Dispositive Motion (Doc. #37), filed on October 13, 2010, and Defendants' Opposition thereto (Doc. #42) filed November 1, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Steven Martus' Dispositive Motion (Doc. #37) is **DENIED**.

DATED: November 17, 2010.

_____
PHILIP M. PRO
United States District Judge